UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROLANDE JOSAINE HEDDLESTEN,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.   12-CV-3133-RHW<br><br>JUDGMENT IN A CIVIL CASE |

### DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED: April 2, 2014

                                    SEAN F. McAVOY
                                    Clerk of Court

                               By: *s/Cora Vargas*
                                      Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**